UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AMERICAN EXPORT LINES, | : | Honorable Madeline Cox Arleo |
| | : | Civil Action No. 07-5781 (JAG) |
| Plaintiff, | : | |
| | : | |
| v. | : | **REPORT AND RECOMMENDATION** |
| | : | |
| SEASPEED OVERSEAS SHIPPING CO. | : | |
| | : | |
| Defendant. | : | |

## BACKGROUND

On December 4, 2007, plaintiff, American Export Lines ("plaintiff"), filed the complaint, which it amended on December 7, 2007. On February 21, 2008, defendant, Seaspeed Overseas Shipping Co., Inc. ("Seaspeed") filed an Answer to the Amended Complaint.

On April 10, 2008, the Court issued an Order scheduling an Initial Conference for May 6, 2008. At that conference, counsel appeared on behalf of the parties. Following the conference, on May 6, 2008, the Court entered an Arbitration Scheduling Order, setting forth deadlines for discovery, motion practice and experts. The Order further provided the procedures governing final pretrial conferences before the Court and scheduled a telephone status conference on June 18, 2008.

On June 24, 2008, attorney David D. Gabel, Esq. filed a motion to be relieved as counsel for Seaspeed. This Court granted Mr. Gabel's motion by Order entered on July 16, 2008 and directed him to provide his client with a copy of the Order. This Court further directed Seaspeed, a corporate

entity, to have new counsel enter an appearance on its behalf no later than August 11, 2008, as a corporate entity cannot represent itself under applicable law. The Order also provided that, if counsel failed to enter an appearance on behalf of Seaspeed by August 11, 2008, this Court would ask the District Court to strike Seaspeed's Answer and enter default against it. The parties were directed to appear for a status conference on August 12, 2008. Only plaintiff's counsel appeared at the conference. No party or counsel appeared on behalf of Seaspeed.

Pursuant to settled Third Circuit law, corporations cannot represent themselves pro se. See Simbraw v. United States, 367 F.2d 373, 374 (3d Cir. 1966). Therefore, I recommend that the District Court strike the Answer of corporate defendant, Seaspeed Overseas Shipping Co., Inc. (Docket Entry No. 6), and that plaintiff be allowed to proceed to judgment by default as to defendant Seaspeed overseas Shipping Co., Inc. and enter default against it. The parties have ten (10) days from the date hereof to file and serve objections.

Respectfully submitted,

*s/Madeline Cox Arleo*
MADELINE COX ARLEO
United States Magistrate Judge

Dated: October 8, 2008

Orig.: Clerk of the Court
cc: Hon. Joseph A. Greenaway, Jr., U.S.D.J.
    All Parties
    File