# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| AMERICAN EXPORT LINES, : | |
| Plaintiff, : | Civil Action No. 07-5781 (JAG) |
| v. : | **ORDER** |
| SEASPEED OVERSEAS SHIPPING, CO., : | |
| Defendant. : | |

**GREENAWAY, JR., U.S.D.J.**

On October 8, 2008, Magistrate Judge Madeline Cox Arleo filed a Report and Recommendation ("R&R") (Docket Entry No. 13), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that the Answer (Docket Entry No. 6) of corporate defendant, Seaspeed Overseas Shipping Co. ("Seaspeed"), be stricken from the record, and that default be entered against Seaspeed. The time for filing objections to the R&R expired on October 22, 2008, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also FED. R. CIV. P. 72(b). This Court has reviewed the record and the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Arleo's analysis and conclusion. Therefore,

IT IS, on this 6th day of March, 2009,

ORDERED that Magistrate Judge Arleo's R&R (Docket Entry No. 13) is adopted as the

1

opinion of the Court; and it is further

    ORDERED that Seaspeed's Answer be stricken from the record; and it is further,

    ORDERED that default be entered against Seaspeed; and it is further

    ORDERED that plaintiff, American Export Lines, be permitted to proceed to judgment by default; and it is further

    ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

                                          S/Joseph A. Greenaway, Jr.
                                          JOSEPH A. GREENAWAY, JR., U.S.D.J.